JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORE FOCUS CONSULTING 2, LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>RENEWAGE ENERGY SOLUTIONS, INC.,<br><br>        Defendant, | Case No.: 2:24-cv-01809-CV (RAOx)<br><br>**JUDGMENT** |

On June 12, 2025, Plaintiff Core Focus Consulting 2, LLC ("CFC2") and Defendant Renewage Energy Solutions, Inc. ("Renewage") filed a Stipulation for Entry of Judgment, noting that they had settled their dispute and stipulated in writing to the entry of final judgment without trial or adjudication of any issue of law or fact. The Court, having considered the Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS as follows:

    1.    Entry of judgment in favor of CFC2 and against Renewage in the amount of $164,280.51.

2. This judgment was stipulated to as part of a negotiated settlement and does not constitute any evidence against, or any admission by, any party with respect to the allegations in the Complaint.

**IT IS SO ORDERED.**

Dated: 7/14/25

*Cynthia Valenzuela*
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE